IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GERMANE ANDRE SHARPE                                                      PLAINTIFF

v.                      Civil No. 5:22-cv-05073-TLB-MEF

ANDREW HIGDON,                                                       DEFENDANTS
Washington County Detention Center
(WCDC); and JOHN THREET, WCDC

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This is a civil rights action filed by Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. The case is before the Court on the Motion to Dismiss (ECF No. 15) filed by Defendants and Plaintiff's failure to obey the Orders of the Court.

**I.     DISCUSSION**

      Plaintiff was incarcerated in the Washington County Detention Center ("WCDC") when he filed his Complaint (ECF No. 1) on April 15, 2022. When he filed this case, Plaintiff was specifically advised (ECF No. 3) that he was required to immediately inform the Court of any change of address. If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

1

On May 18, 2022, Defendants filed a Motion to Dismiss (ECF No. 8) the official capacity claims. By Order (ECF No. 11) entered that same day, Plaintiff was directed to respond to the first Motion to Dismiss by June 8, 2022.

On May 25, 2022, mail was returned to the Court (ECF No. 13) as undeliverable with a notation that Plaintiff was no longer incarcerated in the WCDC. In accordance with the Court Order (ECF No. 3), Plaintiff had until June 24, 2022, to provide the Court with a new address. Mail was again returned as undeliverable on June 1, 2022 (ECF No. 14). The returned mail included the Order (ECF No. 11) directing Plaintiff to file a response and the Court's Initial Scheduling Order (ECF No. 12).

Defendants filed a second Motion to Dismiss (ECF No. 15) on June 14, 2022. In it, Defendants state that they have been unable to effect service of their first Motion to Dismiss (ECF No. 8), answer, interrogatories, and requests for production of documents on the Plaintiff. Specifically, Defendants indicate they mailed a copy of these documents to Plaintiff on May 18, 2022, and the documents were returned marked "return to sender."

To date, Plaintiff has not provided a new address or contacted the Court in anyway. He has not responded to either Motion to Dismiss (ECF Nos. 8, 15). In fact, the last documents filed by the Plaintiff in this case were his Complaint (ECF No. 1) and application to proceed IFP (ECF No. 2).

## II.   CONCLUSION

For these reasons, it is recommended that Defendant's Motion to Dismiss (ECF No. 15) be **GRANTED and this be DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of July 2022.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE